IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TIMOTHY HAWKINS                                                                        PLAINTIFF

VS.                                           CASE NO. 08-CV-4096

CLAUD WELLS, Bailsman;
and CONNIE MICHELLE, Attorney                                          DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed herein on February 5, 2009, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. No. 12). Ten (10) days have passed without objections being filed by the parties. The Court hereby adopts *in toto* the Magistrate Judge's findings and recommendations.

Accordingly, the Court finds that the Plaintiff Timothy Hawkins' Complaint should be and hereby is **dismissed** on the ground that he has failed to comply with the Court's Order directing him to submit a completed IFP application or pay the filing fee in connection with this case.

IT IS SO ORDERED, this 2nd day of March, 2009.

/s/Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge